IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


**JEFFREY THOMAS MANUCY,**

    Plaintiff,

vs.                                    Case No. 4:11cv481-RH/WCS

**DAVID B. SHOAR, et al.,**

    Defendants.

_____/


## REPORT AND RECOMMENDATION

Plaintiff, an inmate or detainee proceeding *pro se,* has filed an *in forma pauperis* motion doc. 2, and a civil rights complaint under 42 U.S.C. § 1983. Doc. 1. The complaint presents facts concerning the conditions of confinement in the St. John's County Jail and challenges conduct by officials with that jail. None of the named Defendants are within the jurisdiction of the Northern District of Florida. Therefore, because the events at issue in this case and all Defendants are located in the Middle District of Florida, the proper forum for this action pursuant to 28 U.S.C. § 1391(b) and 28 U.S.C. § 89(b) is in the United States District Court for the Middle District of Florida, Jacksonville Division.

A federal district court has the authority under 28 U.S.C. § 1406(a) to transfer a case to another district or division "in which it could have been brought."  The Court may also raise the issue of defective venue *sua sponte*.  <u>Lipofsky v. New York State Workers Comp. Bd.</u>, 861 F.2d 1257, 1259 (11th Cir. 1988) (stating "a district court may raise on its own motion an issue of defective venue or lack of personal jurisdiction; but the court may not dismiss without first giving the parties an opportunity to present their views on the issue.")

In light of the foregoing, and pursuant to 28 U.S.C. §§ 1404(a) and 1406(a), the undersigned respectfully **RECOMMENDS** transfer of this action to the United States District Court for the Middle District of Florida, Jacksonville Division, for all further proceedings, including review of the *in forma pauperis* motion.

**IN CHAMBERS** at Tallahassee, Florida, on September 26, 2011.


   s/     William C. Sherrill, Jr.
  **WILLIAM C. SHERRILL, JR.**
  **UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**